**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeffery Scott MARKS, Defendant–**
**Appellant.**

**No. 15–10860**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2015.

Adam W. Overstreet, Gloria A. Bedwell, Kenyen Ray Brown, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Latisha Vanese Colvin, Kristen Gartman Rogers, Carlos Alfredo Williams, Federal Defender's Office, Mobile, AL, Jeffery Scott Marks, Montgomery City Jail, Montgomery, AL, for Defendant–Appellant.

Before TJOFLAT, JILL PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Kristen Gartman Rogers, appointed counsel for Jeffery Scott Marks in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Marks's convictions and sentences are **AFFIRMED**.